# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FRANCISCA UMANZOR, | NO. 2:19-cv-00053-VEB |
| Plaintiff, | **ORDER AWARDING ATTORNEY FEES AND COSTS** |
| vs. | |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS ORDERED that EAJA fees and expenses are awarded in the amount of five thousand dollars ($5,000.00), pursuant to 28 U.S.C. § 2412(d), and costs pursuant to 28 U.S.C. § 1920 in the amount of four hundred dollars and no cents ($400.00), subject to the provisions of the EAJA and subject to the terms of the Stipulation between the parties.

Dated: April 27, 2020
/s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE